EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
ROUTH CRABTREE OLSEN, PS
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705
714-277-4937 / Fax (714) 277-4899
RCO# 7021.39183
Attorney for Secured Creditor
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. as servicer for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF SARM 2006-5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br>James Raymond Smith and Socorro Anne Smith<br><br>Debtors. | No. 07-44183-LJT<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |
|---|---|

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. as servicer for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF SARM 2006-5 requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

 Jonathan J Damen
 Routh Crabtree Olsen, PS
 505 N. Tustin Ave., Suite 243
 Santa Ana, CA 92705
 PH (714) 277-4937

Dated: 5/10/10          Routh Crabtree Olsen, PS

               By: /s/Jonathan J Damen
                  Attorneys for Secured Creditor

1

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 505 N. Tustin Ave., Suite 243, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows:

ATTORNEY FOR DEBTOR:
Patrick L. Forte
Law Offices of Patrick L. Forte 1 Kaiser Plaza #480
Oakland, CA 94612

CHAPTER 13 TRUSTEE:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

SafeAmerica Credit Union
c/o Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903

I declare under penalty of pejury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2010 at Santa Ana, California.

/s/Margaret Rafter